| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Marvel, L Paige | 2. Court or Organization United States Tax Court | 3. Date of Report 08/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES TAX COURT
400 SECOND STREET, N.W.
WASHINGTON, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Partnership #1 |
| 2. | Custodian | 529 Acct. #4 |
| 3. | Trustee | REH Irrevocable Trust |
| 4. | Trustee | LHH Revocable Trust |
| 5. | Adjunct Professor | Georgetown University Law School - Graduate Tax Program |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Georgetown University Law Center, Compensation for Teaching as adjunct faculty member | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Maryland State Retirement Agency distribution (457 Plan) |
| 2. | 2018 | National Financial Services (Fidelity Investments) distribution |
| 3. | 2018 | Fidelity IRA distribution |
| 4. | 2018 | RBC IRA distribution |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Tax Section | 02/08/18-02/11/18 | San Diego, CA | Speak at and attend ABA Tax Section Midyear Meeting | Registration, Meal and Reception Tickets (Travel, Lodging & remaining Food reimbursed by the Court) |
| 2. | ABA Tax Section | 05/10/18-05/12/18 | Washington, DC | Speak at and attend ABA Tax Section May Meeting | Registration, Meal and Reception Tickets (remaining Food reimbursed by the Court) |
| 3. | New York University (NYU) | 06/20/18-06/22/18 | New York City, NY | Speak at NYU Tax Controversy Forum | Travel, Lodging, Food |
| 4. | University of San Diego Tax Conference | 07/19/18-07/21/19 | San Diego, CA | Speak at and attend Annual Tax Conference | Travel, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | California Tax Policy Conference | 11/06/18-11/10/18 | San Jose, CA | Speak at and attend Annual Tax Conference | Travel, Lodging, Food |
| 6. | ABA Tax Section's National Institute | 12/06/17-12/08/17 | Las Vegas, NV | Speak at and attend Annual Institute | Travel, Lodging, Food (reimbursement for this 2017 program was received in Jan. 2018) |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington University in St. Louis | Tuition Payment Plan Loan | K |
| 2. | U.S. Dept. of Education | Student Loans | J |
| 3. | Washington University in St. Louis | Student Loans | J |
| 4. | Emory University | Student Loans | J |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 33% pship. interest, Margaret's Landing Partnership | | None | K | W | | | | | |
| 2. USAA Subscribers Savings Account | B | Distribution | J | T | | | | | |
| 3. USAA Fed. Savings Bank Accts. #1 | A | Interest | J | T | | | | | |
| 4. USAA Fed. Savings Bank Accts. #2 | A | Interest | J | T | | | | | |
| 5. M&T Bank accts. #1 | | None | J | T | | | | | |
| 6. M&T Bank accts. #2 | A | Interest | K | T | | | | | |
| 7. RBC Brokerage Acct. (H): | | | | | | | | | |
| 8. -Shares, Adient PLC | A | Dividend | J | T | | | | | |
| 9. -Shares, AT&T Inc. | A | Dividend | J | T | | | | | |
| 10. -Common, Bristol Myers Squibb Co. | A | Dividend | K | T | | | | | |
| 11. -Common, Centerpoint Energy Inc. | A | Dividend | J | T | | | | | |
| 12. -Common, Exxon Mobil Corp | C | Dividend | L | T | | | | | |
| 13. -Common, Fresenius Med Care Aktiengesellschaft ADR | A | Dividend | J | T | | | | | |
| 14. -Common, General Electric Co. | A | Dividend | | | Sold | 11/13/18 | J | | |
| 15. -Shares, Johnson Controls Intl. PLC | A | Dividend | J | T | | | | | |
| 16. -Common, Medtronic PLC | A | Dividend | K | T | | | | | |
| 17. -Common, Nvent Electric PLC | A | Dividend | J | T | Spinoff (from line 18) | 05/01/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Shares, Pentair PLC | A | Dividend | J | T | | | | | |
| 19. -Common, Pfizer Inc. | A | Dividend | J | T | | | | | |
| 20. -Shares, PNC Financial Services Group, Inc. | A | Dividend | J | T | | | | | |
| 21. -Shares, TE Connectivity Ltd. | A | Dividend | K | T | | | | | |
| 22. -Shares, UDR Inc. | B | Dividend | K | T | | | | | |
| 23. -Shares, Verizon Communications | A | Dividend | J | T | | | | | |
| 24. -Shares, U.S. Govt. Money Mkt. Fund RBC Reserve Class | A | Int./Div. | J | T | Redeemed (part) | 02/26/18 | J | | |
| 25. | | | | | Redeemed (part) | 03/23/18 | J | | |
| 26. | | | | | Redeemed (part) | 05/22/18 | J | | |
| 27. | | | | | Redeemed (part) | 06/26/18 | J | | |
| 28. | | | | | Redeemed (part) | 07/30/18 | J | | |
| 29. | | | | | Redeemed (part) | 08/21/18 | J | | |
| 30. | | | | | Redeemed (part) | 09/26/18 | J | | |
| 31. | | | | | Redeemed (part) | 11/27/18 | J | | |
| 32. | | | | | Redeemed (part) | 12/05/18 | J | | |
| 33. | | | | | Redeemed (part) | 12/27/18 | J | | |
| 34. | | | | | Redeemed (part) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Taxable Account (H) | | | | | | | | | |
| 36. -T Rowe Price Growth Stock Fund | D | Distribution | L | T | Buy (add'l) | 12/13/18 | J | | |
| 37. -T Rowe Price State Tax Free Inc. MD | A | Dividend | J | T | | | | | |
| 38. -Fidelity Government Money Market Fund | A | Dividend | J | T | | | | | |
| 39. Fidelity Brokerage Rollover IRA (H): | | | | | | | | | |
| 40. -Fidelity 500 Index Premium Class (formerly Spartan) | B | Distribution | L | T | Sold (part) | 04/12/18 | J | C | |
| 41. -Fidelity Strategic Real Return | A | Distribution | J | T | | | | | |
| 42. -Fidelity Contrafund | C | Distribution | L | T | Sold (part) | 02/20/18 | J | D | |
| 43. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 44. | | | | | Sold (part) | 07/16/18 | J | C | |
| 45. | | | | | Sold (part) | 09/20/18 | J | C | |
| 46. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 47. -Fidelity Equity Income | C | Distribution | L | T | Sold (part) | 01/05/18 | J | A | |
| 48. | | | | | Sold (part) | 01/18/18 | J | B | |
| 49. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 51. | | | | | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity New Millenium | C | Distribution | K | T | Buy (add'l) | 12/26/18 | J | | |
| 53. -Fidelity Low Priced Stock | B | Distribution | L | T | Sold (part) | 01/05/18 | J | D | |
| 54. | | | | | Sold (part) | 09/20/18 | J | B | |
| 55. -Fidelity Select Med Technology & Devices | | None | K | T | Buy | 10/02/18 | J | | |
| 56. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 57. -Fidelity Select Biotechnology | D | Distribution | L | T | Sold (part) | 04/12/18 | J | C | |
| 58. | | | | | Buy (add'l) | 04/06/18 | J | | |
| 59. | | | | | Sold (part) | 10/02/18 | J | D | |
| 60. -Fairholme Fund | | None | | | Sold (part) | 01/19/18 | J | C | |
| 61. | | | | | Sold | 03/12/18 | J | D | |
| 62. -Oakmark Select | A | Distribution | K | T | | | | | |
| 63. -T Rowe Price Health Sciences | C | Distribution | L | T | Sold (part) | 07/16/18 | J | D | |
| 64. | | | | | Sold (part) | 10/02/18 | J | D | |
| 65. | | | | | Sold (part) | 10/04/18 | J | D | |
| 66. -Primecap Odyssey Growth Fund | A | Distribution | K | T | Buy | 08/07/18 | J | | |
| 67. | | | | | Buy (add'l) | 10/05/18 | J | | |
| 68. -T Rowe Price Cap Appreciation | D | Distribution | M | T | Buy (add'l) | 12/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -T Rowe Price Equity Income | B | Distribution | L | T | | | | | |
| 70. -T Rowe Price Equity Index 500 Fund | B | Distribution | L | T | | | | | |
| 71. -T Rowe Price Intl Discovery Fund | D | Distribution | L | T | Sold (part) | 09/14/18 | J | D | |
| 72. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 73. -T Rowe Price New Asia | C | Distribution | K | T | Sold (part) | 09/20/18 | J | C | |
| 74. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 75. -T Rowe Price Emerging Markets Stock | A | Distribution | K | T | Sold (part) | 09/14/18 | J | B | |
| 76. -T Rowe Price New Horizons FD Inc | C | Distribution | K | T | Buy (add'l) | 09/20/18 | J | | |
| 77. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 78. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 79. -T Rowe Price Science & Technology | | None | | | Sold | 10/04/18 | J | D | |
| 80. -T Rowe Price Small Cap Value Fund | C | Distribution | K | T | Buy (add'l) | 12/13/18 | J | | |
| 81. -T Rowe Price Mid Cap Value | B | Distribution | K | T | Buy (add'l) | 12/13/18 | J | | |
| 82. -Wasatch Ultra Growth | A | Distribution | K | T | | | | | |
| 83. -Wasatch International Growth | C | Distribution | K | T | Buy (add'l) | 12/20/18 | J | | |
| 84. -Fidelity New Markets Income | B | Distribution | K | T | | | | | |
| 85. -Fidelity GNMA Fund | A | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fidelity Total Bond | B | Distribution | L | T | Buy (add'l) | 01/22/18 | J | | |
| 87. -Fidelity Government Income | A | Distribution | J | T | | | | | |
| 88. -Loomis Sayles Bond Retail | B | Distribution | K | T | | | | | |
| 89. -Pimco Real Return Class D | A | Distribution | J | T | | | | | |
| 90. -T Rowe Price High Yield Bond | B | Distribution | K | T | | | | | |
| 91. -T Rowe Price Emerging Markets Bond Fund | B | Distribution | K | T | | | | | |
| 92. -T Rowe Price US Treas Intermediate | A | Distribution | K | T | | | | | |
| 93. -Vanguard Inflation Protected Secs Inv | A | Dividend | K | T | | | | | |
| 94. -First Trust Chindia ETF | A | Dividend | J | T | | | | | |
| 95. -IShares MSCI Singapore Capped ETF | A | Dividend | | | Sold | 08/07/18 | J | | |
| 96. -Invesco QQQ TR Unit SER 1 (formerly Powershares) | A | Dividend | J | T | | | | | |
| 97. -Wisdomtree TR Emerging MKTS High | A | Dividend | J | T | | | | | |
| 98. -Common, Anavex Life Sciences Corp | | None | J | T | | | | | |
| 99. -Shares, Berkshire Hathaway Inc. CL B | | None | L | T | | | | | |
| 100. -Shares, Goldman Sachs Group Inc. | A | Dividend | K | T | Sold (part) | 01/19/18 | J | A | |
| 101. -Common, Intrexon Corp. | | None | J | T | | | | | |
| 102. -Fidelity Cash Reserves | B | Dividend | L | T | Redeemed (part) | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/05/18 | J | | |
| 104. | | | | | Buy (add'l) | 01/18/18 | J | | |
| 105. | | | | | Buy (add'l) | 02/20/18 | J | | |
| 106. | | | | | Redeemed (part) | 02/21/18 | J | | |
| 107. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 108. | | | | | Redeemed (part) | 03/20/18 | J | | |
| 109. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 110. | | | | | Redeemed (part) | 04/12/18 | J | | |
| 111. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 112. | | | | | Redeemed | 08/07/18 | J | | |
| 113. | | | | | Sold (part) | 08/13/18 | J | | |
| 114. | | | | | Redeemed (part) | 09/06/18 | J | | |
| 115. | | | | | Buy (add'l) | 09/14/18 | K | | |
| 116. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 117. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 118. | | | | | Buy (add'l) | 10/04/18 | K | | |
| 119. | | | | | Redeemed | 10/05/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Redeemed (part) | 11/13/18 | J | | |
| 121.  Fidelity Traditional IRA Acct. (H): | | | | | | | | | |
| 122.  -Common, Berkshire Hathaway | | None | M | T | | | | | |
| 123.  -Shares, Seaspan Corporation | A | Dividend | J | T | | | | | |
| 124.  -Common, Intrexon Corp. | | None | J | T | | | | | |
| 125.  -Dreyfus Opportunisti Midcap Value CL A Fund | | None | | | Sold (part) | 02/20/18 | J | | |
| 126. | | | | | Sold (part) | 03/23/18 | J | A | |
| 127. | | | | | Sold | 03/26/18 | J | A | |
| 128.  -ETFMG Alternative Harvest ETF | A | Dividend | J | T | Buy | 09/27/18 | J | | |
| 129.  -IShares Tr Nasdaq Biotech Index Fund | A | Dividend | J | T | Open | 03/09/18 | J | | |
| 130.  -Invesco QQQ Trust Unit Ser.1 (formerly Powershares) | A | Dividend | J | T | Open | 03/09/18 | J | | |
| 131.  -Teton Westwood Mighty Mites FD | B | Distribution | K | T | | | | | |
| 132.  -Fidelity Cash Reserves | A | Dividend | J | T | Buy (add'l) | 02/20/18 | J | | |
| 133. | | | | | Redeemed (part) | 02/28/18 | J | | |
| 134. | | | | | Buy (add'l) | 03/23/18 | J | | |
| 135. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 136. | | | | | Redeemed (part) | 04/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Redeemed (part) | 06/07/18 | J | | |
| 138. | | | | | Redeemed (part) | 07/16/18 | J | | |
| 139. | | | | | Redeemed (part) | 09/21/18 | J | | |
| 140. RBC IRA Acct. (H): | | | | | | | | | |
| 141. -Ishares Tr Nasdaq Biotech Index Fund | | None | | | Closed | 03/09/18 | J | | |
| 142. -Powershares QQQ Trust Unit Ser. 1 | | None | | | Closed | 03/09/18 | J | | |
| 143. Vanguard Rollover IRA (H): | | | | | | | | | |
| 144. -Shares, Convertible Securities | B | Distribution | K | T | Buy (add'l) | 12/18/18 | J | | |
| 145. -Shares, Dividend Growth Fund | D | Distribution | M | T | Buy (add'l) | 12/18/18 | J | | |
| 146. -Shares, Wellesley Income Fund | C | Distribution | L | T | Buy (add'l) | 12/18/18 | J | | |
| 147. -Shares, Vanguard Information Technology ETF | A | Dividend | K | T | | | | | |
| 148. -Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 149. RBC Joint Brokerage Acct. (H): | | | | | | | | | |
| 150. -Common, Apple, Inc. | A | Dividend | | | Closed | 03/19/18 | L | | |
| 151. -Common, Walt Disney Co. | A | Dividend | | | Closed | 03/19/18 | K | | |
| 152. -Common, Tesla Motors Inc. | | None | | | Closed | 03/19/18 | J | | |
| 153. -US Govt. Money Market RBC Reserve Class | A | Dividend | | | Sold (part) | 01/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Closed | 03/19/18 | J | | |
| 155. Fidelity Joint Brokerage Acct. (transf. from RBC) | | | | | | | | | |
| 156. -Common, Apple, Inc. | A | Dividend | L | T | Open | 03/19/18 | L | | |
| 157. -Common, Walt Disney Co. | A | Dividend | J | T | Open | 03/19/18 | K | | |
| 158. | | | | | Sold (part) | 03/26/18 | J | D | |
| 159. -Common, Tesla Motors Inc. | | None | | | Open | 03/19/18 | J | | |
| 160. | | | | | Sold (part) | 09/28/18 | J | A | |
| 161. | | | | | Sold | 10/01/18 | J | A | |
| 162. - Fidelity Govt. Money Market | A | Dividend | J | T | Open | 03/19/18 | J | | |
| 163. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 164. | | | | | Redeemed (part) | 04/02/18 | J | | |
| 165. | | | | | Redeemed (part) | 09/26/18 | J | | |
| 166. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 167. | | | | | Sold (part) | 10/12/18 | J | | |
| 168. Fidelity Investment Acct. (formerly USAA) (H): | | | | | | | | | |
| 169. -USAA Value Fund | | None | | | Sold | 05/24/18 | J | A | |
| 170. -USAA Nasdaq 100 Index Retail | | None | | | Sold | 06/04/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -USAA Science & Technology | | None | | | Sold | 05/24/18 | J | A | |
| 172. -Fidelity OTC Port | A | Distribution | J | T | Buy | 05/29/18 | J | | |
| 173. | | | | | Buy (add'l) | 06/24/18 | J | | |
| 174. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 175. -Fidelity Select Software & IT SRVC | A | Distribution | J | T | Buy | 06/06/18 | J | | |
| 176. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 177. -Fidelity MMKT Premium Class | A | Dividend | N | T | Buy | 12/12/18 | M | | |
| 178. -Fidelity Core Acct. | A | Int./Div. | K | T | Buy (add'l) | 05/25/18 | J | | |
| 179. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 180. | | | | | Redeemed (part) | 06/07/18 | J | | |
| 181. | | | | | Redeemed (part) | 06/14/18 | J | | |
| 182. | | | | | Buy (add'l) | 12/28/18 | K | | |
| 183. Fidelity Rollover IRA (H): | | | | | | | | | |
| 184. -Fidelity NASDAQ Composite Index | A | Dividend | | | Buy | 06/11/18 | K | | |
| 185. | | | | | Sold | 12/17/18 | K | | |
| 186. -Fidelity New Millennium | A | Distribution | J | T | Buy | 05/10/18 | K | | |
| 187. | | | | | Sold (part) | 12/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Fidelity Puritan | D | Distribution | K | T | | | | | |
| 189. -Fidelity OTC Port | B | Distribution | K | T | | | | | |
| 190. -Fidelity Select Health Care | B | Distribution | K | T | Buy | 06/06/18 | K | | |
| 191. -Fidelity Select Med Technology & Devices | A | Distribution | J | T | | | | | |
| 192. -Fidelity Select Software & IT SRVC | B | Distribution | | | Buy | 06/11/18 | K | | |
| 193. | | | | | Sold | 12/21/18 | K | | |
| 194. -T Rowe Price Blue Chip Growth Inc | B | Dividend | K | T | Buy | 05/10/18 | K | | |
| 195. -T Rowe Price Dividend Growth | C | Dividend | K | T | Buy | 05/15/18 | K | | |
| 196. | | | | | Buy (add'l) | 06/07/18 | K | | |
| 197. -T Rowe Price QM US SML Cap Growth Equity | C | Distribution | | | Buy | 05/10/18 | K | | |
| 198. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 199. | | | | | Sold | 12/21/18 | K | | |
| 200. -Fidelity New Markets Income | B | Dividend | K | T | Buy (add'l) | 05/15/18 | K | | |
| 201. | | | | | Sold (part) | 12/21/18 | K | | |
| 202. -MFS Value Class A | A | Distribution | | | Sold | 06/08/18 | L | E | |
| 203. -USAA Value Fund Retail | | None | | | Sold | 02/20/18 | J | B | |
| 204. -USAA Science & Technology | | None | | | Sold | 02/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Fidelity Capital & Income | C | Distribution | K | T | | | | | |
| 206. -Fidelity Total Bond | C | Dividend | L | T | | | | | |
| 207. -Guggenheim Investment Grade Bond CL P | B | Dividend | K | T | Buy | 09/14/18 | K | | |
| 208. -T Rowe Price Global MultiSector Bond Fund | A | Dividend | K | T | Buy | 02/20/18 | K | | |
| 209. -Thompson Bond Fund | A | Dividend | K | T | Buy | 07/26/18 | K | | |
| 210. -Vanguard High Yield Corp Investor CL | B | Dividend | K | T | Buy | 06/14/18 | K | | |
| 211. -Vanguard Short Term Investment Grade Investor CL | A | Dividend | K | T | Buy | 06/14/18 | K | | |
| 212. -Fidelity MMKT Premium Class | A | Dividend | N | T | Buy | 12/12/18 | M | | |
| 213. | | | | | Buy (add'l) | 12/12/18 | M | | |
| 214. | | | | | Buy (add'l) | 12/17/18 | K | | |
| 215. | | | | | Buy (add'l) | 12/20/18 | L | | |
| 216. | | | | | Buy (add'l) | 12/27/18 | L | | |
| 217. -EFT Managers Tr Prime Cyber Security | A | Dividend | | | Sold | 12/21/18 | K | C | |
| 218. -Vanguard Sector Index FDS Health Care Vipers | A | Dividend | J | T | Sold (part) | 12/21/18 | L | E | |
| 219. -Vanguard Sector Index FDS IndustrialVipers | A | Dividend | J | T | Sold (part) | 12/21/18 | L | C | |
| 220. -Vanguard Sector Index FDS Info Technology Vipers | A | Dividend | J | T | Sold (part) | 12/26/18 | L | E | |
| 221. -Vanguard World FDS Vanguard Information Technology ETF | A | Dividend | J | T | Sold (part) | 12/26/18 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vanguard Intl Equity Index Fund Emerging Markets ETF | A | Dividend | | | Sold | 06/13/18 | K | | |
| 223. -First TR PFD Secs & Income ETF | A | Dividend | | | Sold | 02/15/18 | K | A | |
| 224. -Vanguard Index FDS REIT ETF | A | Dividend | | | Sold | 04/11/18 | K | | |
| 225. -Common, Amgen, Inc. | A | Dividend | | | Sold | 06/06/18 | K | D | |
| 226. -Common, AT&T | | None | | | Open | 01/01/18 | K | | |
| 227. | | | | | Sold | 01/09/18 | K | B | |
| 228. -Common, Blackrock Energy & Res TR | A | Dividend | | | Sold | 02/20/18 | J | | |
| 229. -Common, Bristol Myers Squibb | A | Dividend | | | Sold | 06/06/18 | K | D | |
| 230. -Common, Cohen & Steers Infrastructure | A | Distribution | | | Sold | 04/11/18 | K | | |
| 231. -Common, Gabelli Div&Income TR | A | Dividend | | | Sold | 06/08/18 | K | C | |
| 232. -Common, Johnson & Johnson | A | Dividend | | | Sold | 06/06/18 | K | D | |
| 233. -Common, Eli Lilly & Co. | A | Dividend | | | Sold | 06/06/18 | K | D | |
| 234. -Common, Microsoft Corp. | A | Dividend | | | Sold | 12/17/18 | K | E | |
| 235. -Common, Novartis A G Sponsored ADR | A | Dividend | | | Sold | 05/31/18 | K | D | |
| 236. -Common, Pembina Pipeline Corp. | A | Dividend | | | Sold | 12/17/18 | K | D | |
| 237. -Common, Pepsico Inc. | A | Dividend | | | Sold | 12/21/18 | K | E | |
| 238. -Common, Sysco Corp. | A | Dividend | | | Sold | 12/17/18 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Preferred, Citigroup Inc. DEP 6.87500% PFD | A | Dividend | | | Sold | 05/16/18 | K | A | |
| 240. -Common, Gladstone Coml Corp. | A | Dividend | | | Sold | 06/08/18 | K | D | |
| 241. -Shares, John Hancock Regional Bank CL A | A | Dividend | | | Buy | 07/17/18 | K | | |
| 242. | | | | | Sold | 12/26/18 | K | | |
| 243. -Pimco Dynamic Income FD | A | Dividend | | | Open | 01/01/18 | K | | |
| 244. | | | | | Sold | 01/09/18 | K | B | |
| 245. -Common, Verizon Communications | | | | | Open | 01/01/18 | K | | |
| 246. | | | | | Sold | 01/09/18 | K | D | |
| 247. -Common, BCE Inc. | A | Dividend | | | Open | 01/01/18 | K | | |
| 248. | | | | | Sold | 01/12/18 | K | D | |
| 249. -Common, General Mills Inc. | A | Dividend | | | Open | 01/01/18 | K | | |
| 250. | | | | | Sold | 01/12/18 | K | D | |
| 251. -Core Account (FDIC Insured Bank Accts.) | A | Interest | M | T | Redeemed (part) | 01/08/18 | K | | |
| 252. | | | | | Buy (add'l) | 01/09/18 | L | | |
| 253. | | | | | Buy (add'l) | 01/12/18 | K | | |
| 254. | | | | | Buy (add'l) | 02/15/18 | K | | |
| 255. | | | | | Redeemed (part) | 02/20/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 257. | | | | | Buy (add'l) | 04/11/18 | L | | |
| 258. | | | | | Redeemed (part) | 05/10/18 | L | | |
| 259. | | | | | Redeemed (part) | 05/15/18 | L | | |
| 260. | | | | | Buy (add'l) | 05/16/18 | K | | |
| 261. | | | | | Buy (add'l) | 05/31/18 | K | | |
| 262. | | | | | Buy (add'l) | 06/06/18 | K | | |
| 263. | | | | | Redeemed (part) | 06/07/18 | K | | |
| 264. | | | | | Buy (add'l) | 06/08/18 | M | | |
| 265. | | | | | Redeemed (part) | 06/11/18 | K | | |
| 266. | | | | | Buy (add'l) | 06/12/18 | K | | |
| 267. | | | | | Redeemed (part) | 06/14/18 | L | | |
| 268. | | | | | Redeemed (part) | 07/17/18 | K | | |
| 269. | | | | | Redeemed (part) | 07/26/18 | K | | |
| 270. | | | | | Redeemed (part) | 09/18/18 | K | | |
| 271. | | | | | Redeemed (part) | 12/12/18 | M | | |
| 272. | | | | | Buy (add'l) | 12/19/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Redeemed (part) | 12/20/18 | L | | |
| 274. | | | | | Buy (add'l) | 12/24/18 | M | | |
| 275. | | | | | Buy (add'l) | 12/26/18 | M | | |
| 276. | | | | | Redeemed (part) | 12/27/18 | L | | |
| 277. Vanguard Investment Acct. (H): | | | | | | | | | |
| 278. -Shares, Balanced Index Fund | A | Dividend | J | T | | | | | |
| 279. -Shares, Prime Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 280. -Shares, Small-Cap Value Fund | A | Dividend | J | T | | | | | |
| 281. -Shares, IShares Technology ETF | A | Dividend | J | T | | | | | |
| 282. 529 Acct. - Vanguard (Child 1): Income Fund | A | Dividend | J | T | | | | | |
| 283. REH Irrevocable Trust (H): | | | | | | | | | |
| 284. -Promissory Note from Vicki A. Marvel, 6% | | None | | | Distributed | 12/31/18 | K | | |
| 285. -M&T Money Market Acct. | A | Interest | | | Distributed | 06/18/18 | K | | |
| 286. LHH Revocable Trust (H): | | | | | | | | | |
| 287. -Fidelity Roth IRA (H): | | | | | | | | | |
| 288. --Shares, Fidelity Contrafund | | None | | | Sold (part) | 05/24/18 | J | D | |
| 289. | | | | | Sold | 09/06/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  --Share, Fidelity Focused Stock Fund | | None | | | Sold | 09/06/18 | J | C | |
| 291.  --Shares, Fidelity Select Biotechnology | A | Distribution | | | Sold | 05/24/18 | J | D | |
| 292.  --Shares, Fidelity OTC Port | | None | | | Buy | 05/24/18 | J | | |
| 293. | | | | | Sold | 09/06/18 | J | D | |
| 294.  --Shares, Fidelity Capital & Income | A | Dividend | | | Buy | 05/24/18 | J | | |
| 295. | | | | | Sold | 09/06/18 | K | | |
| 296.  Fidelity Government Cash Reserves | A | Dividend | | | Buy | 08/07/18 | L | | |
| 297. | | | | | Distributed | 12/20/18 | L | | |
| 298.  -M&T Money Market Acct. | A | Interest | L | T | Buy (add'l) | 09/14/18 | N | | |
| 299. | | | | | Buy (add'l) | 11/30/18 | L | | |
| 300. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 301. | | | | | Distributed (part) | 12/12/18 | O | | |
| 302.  -TIC Fidelity Trust Acct (H).: | | | | | | | | | |
| 303.  --Shares, Fidelity Capital & Income | A | Dividend | | | Sold | 09/06/18 | J | | |
| 304.  --Shares, Fidelity OTC Port | A | Dividend | | | Sold | 09/06/18 | K | D | |
| 305.  --Shares, Fidelity Select Medical Equipment & System | A | Distribution | | | Sold | 09/06/18 | J | B | |
| 306.  --Fidelity Cash Reserves | A | Interest | | | Buy (add'l) | 09/07/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marvel, L Paige | 08/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Redeemed | 11/30/18 | L | | |
| 308. -Bank of Oklahoma (BOO) Checking Acct. | A | Interest | | | Closed | 12/11/18 | K | | |
| 309. -Residence in Oklahoma | | None | | | Open | 01/01/18 | N | | |
| 310. | | | | | Sold | 09/14/18 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2018 Report, part VII: For certain investments paying both capital gains distributions and dividends, the income has been aggregated and shown as distributions to simplify reporting.

2018 Report, part VII, lines 129-130: These assets were formerly held in an RBC IRA account (reported on 2017 Report, lines 122-124). They were rolled over to the existing Fidelity IRA account on March 9, 2018. The RBC IRA account is reported on the 2018 Report at lines 140-142 and uses the transaction code "Closed" to reflect the transfer to Fidelity.

2018 Report, part VII, lines 149-154 and lines 155-162: The assets previously held in an RBC investment accout were transferred to a newly opened Fidelity account on March 19, 2018. The transaction code "Closed" is used to refer to the transfer out of RBC and the code "Open" is used to refer to the transfer into the new Fidelity account.

2018 Report, lines 168-171: In December 2017, I transferred all of the the assets in my USAA investment account to a newly established Fidelity investment account (reported on lines 136-140 of the 2017 Report). I did not separately list the assets again in the Fidelity investment account but showed the change in the header.

2018 Report, lines 183-276 : I rolled over my two IRA accounts at RBC and my IRA account at USAA to Fidelity in December 2017, and consolidated them into a newly established Fidelity IRA Rollover account for convenience and ease of management. The effects of the rollover are reflected in a new listing (as of the 2017 Report) for the Fidelity IRA Rollover Account. On the 2017 Report, the transfer of each individual asset out of the old accounts was reflected by the word "Closed" and the receipt of each individual asset by Fidelity was reflected by the word "Open". The values shown on the 2017 Report were the values on the dates that the assets were transferred from the old accounts to the new Fidelity account. No gain or loss is reported because the assets were not sold or otherwise disposed of but were simply transferred between financial institutions. Any income earned and any purchases or sales made during 2017 were properly reported in the accounts where the income was earned and the purchases or sales were made. I am including this history to remind the reader of the restructuring of my IRA accounts in 2017.

2018 Report, lines 243, 245, 247, 249 - The assets on these lines were properly reported in the listing of assets in the RBC IRA accounts on my 2017 Report. When creating the new listing of assets in the Fidelity Rollover account on my 2017 Report
(lines 194-249), however, I mistakenly used the Fidelity statement as of January 31, 2018. The assets shown on designated lines were sold from the new Fidelity Rollover account in January 2018 and should have been included in the listing of assets held in the new Fidelity Rollover account on my 2017 Report. Because the assets were simply transferred over but were erroneously not listed, I have used the term "Open" in column D.(1), and the date "01/01/18" in an effort to show that they were in the account as of January 1, 2018.

2018 Report, lines 283-285: The assets from this trust were distributed to the beneficiaries and the trust is now closed.

2018 Report, lines 286-310: LHH, the grantor of the trust, died in 2018. During 2018, most of the assets in the trust were converted to cash and distributed to the beneficiaries. The only asset remaining as of December 31, 2018 is the balance in the account reported at line 298. My 2019 Report will show that the trust assets remaining after expenses have been fully distributed.

2018 Report, line 310-311: This asset was not reported on prior reports because it was a personal residence in which the grantor of the trust lived. After her death in 2018, the trust, which held title to the residence, sold the residence and the net proceeds were deposited into the trust bank account. As explained above, the proceeds and other assets have been completely distributed to the beneficiaries.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ L Paige Marvel

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544